**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

TAX-RIGHT, LLC,

Plaintiff,

Civil Action No. 3:12-cv-657-JAG

v.

SICPA PRODUCT SECURITY LLC,

Defendant.

## CONSENT ORDER OF DISMISSAL

The parties, by counsel, have represented to the Court that all matters of controversy between them have been settled and resolved to their satisfaction. It appearing proper to do so, it is hereby ORDERED that:

1. All of plaintiff Tax-Right, LLC's claims as set forth in its Complaint and First Amended Complaint are hereby dismissed with prejudice;

2. All of defendant SICPA Product Security LLC's counterclaims as set forth in its responsive pleadings are hereby dismissed without prejudice;

3. All attorneys' fees, expenses and costs shall be allocated pursuant to the terms of the parties' confidential Settlement Agreement and Mutual Release dated September 23, 2013; and

4. All pending motions and requests for relief previously filed with the Court are hereby denied as moot.

It is so ORDERED.

The Court retains jurisdiction to enforce the provisions of the Settlement Agreement and Mutual Release, as fully set forth therein.

The Court directs the clerk to send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 9/30/13
Richmond, VA

John A. Gibney, Jr.
United States District Judge

WE ASK FOR THIS:

S. Perry Coburn (VSB No. 78372)
E-mail: pcoburn@cblaw.com
Craig T. Merritt (VSB No. 20281)
E-mail: cmerritt@cblaw.com
Lindsay J. Raymond (VSB No. 82557)
E-mail: lraymond@cblaw.com
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel.: 804-697-4100
Fax: 804-697-4112

Charles R. Wolfe, Jr. (VSB No. 17990)
E-mail: wolfe@blankrome.com
Blank Rome, LLP
600 New Hampshire Ave, NW
Washington, DC 20037
Tel.: 202-772-5841
Fax: 202-772-1669

Joel L. Dion *(pro hac vice)*
E-mail: dion-j@blankrome.com
Joelle L. Epstein (*pro hac vice*)
E-mail: epstein@blankrome.com
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Tel.: 215-569-5440
Fax: 215-832-5540

*Counsel for Tax-Right, LLC*

WE ASK FOR THIS:

Wyatt B. Durrette, Jr. (VSB No. 04719)
E-mail: wdurrette@durrettecrump.com
DurretteCrump PLC
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219
Tel.: 804.775.6900
Fax: 804.775.6911

Neil F. Greenblum (VSB No. 30870)
E-mail: ngreenblum@gbpatent.com
P. Branko Pejic (*pro hac vice*)
E-mail: bpejic@gbpatent.com
Jill M. Browning (VSB No. 36377)
E-mail: jbrowning@gbpatent.com
GREENBLUM & BERNSTEIN, PLC
1950 Roland Clarke Place
Reston, VA 20191
Tel.: 703.716.0062
Fax: 703.716.0018

*Counsel for SICPA Product Security LLC*